

RECEIVED    LODGED
_____ COPY

APR 1 2 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>    vs.<br><br>1. Carlos Cesar Aramburo,<br>   (Counts 1-3, 14-17)<br><br>2. Esgardo Francisco Robles,<br>   (Counts 1-19)<br><br>3. Miguel Angel Martinez-Infante,<br>   (Counts 1-3, 14, 15)<br><br>4. Joseph Albert Massamillo,<br>   (Counts 1 and 3)<br><br>5. Norma Alicia Gutierrez,<br>   (Counts 3-5)<br><br>6. Purisima Concepcion Rodriguez-<br>   Trujillo,<br>   (Counts 3-13)<br><br>7. Tania Karina Robles, and<br>   (Counts 3-13, 19)<br><br>8. Michael Gregory Aprati,<br>   (Counts 3, 16, 17)<br><br>           Defendants. | CR-17-00531-PHX-SPL(MHB)<br><br>**INDICTMENT**<br><br>VIO:   Title 21 U.S.C. § 846<br>        (Conspiracy to Possess with Intent<br>        to Distribute Controlled Substances)<br>        (Count 1)<br><br>        Title 21 U.S.C. § 841(a)(1) and<br>        (b)(1)(B)(vii)<br>        (Possession With Intent to Distribute<br>        Marijuana)<br>        (Count 2)<br><br>        Title 18 U.S.C. § 1956(h)<br>        (Money Laundering Conspiracy)<br>        (Count 3)<br><br>        Title 18 U.S.C. §1956(a)(1)(B)(i)<br>        (Concealment Money Laundering)<br>        (Counts 4, 6, 8, 10, 12, 15, 16, 17,<br>        18)<br><br>        Title 18 U.S.C. §1957(a)<br>        (Transactional Money Laundering)<br>        (Counts 5, 7, 9, 11, 13)<br><br>        Title 18 U.S.C. §1956(a)(1)(A)(i)<br>        (Promotional Money Laundering)<br>        (Count 14)<br><br>        Title 31 U.S.C. § 5322(a),<br>        5324(a)(3) and 5324(d)(2),<br>        Title 31 CFR §103.11<br>        (Structuring to Evade Reporting<br>        Requirements<br>        (Count 19) |

Title 18 U.S.C. § 2
(Aiding and Abetting)
(Counts 2, 4-19)

Title 18 U.S.C. §§ 924(d) and 981
Title 21 U.S.C. § 853 and 881, and
Title 28 U.S.C. § 2461(c)
(Forfeiture Allegations)

(F i l e d   U n d e r   S e a l)

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

## COUNT 1

From at least on or about May 8, 2008, and continuing to on or about April 12, 2017, in the District of Arizona and elsewhere, defendants CARLOS CESAR ARAMBURO, ESGARDO FRANCISCO ROBLES, MIGUEL ANGEL MARTINEZ-INFANTE, JOSEPH ALBERT MASSAMILLO, and others, known and unknown to the grand jury, did knowingly combine, conspire, confederate and agree together and with others known and unknown to the grand jury, to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 1,000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii) and (vii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

From at least on or about October 1, 2013, to on or about October 2, 2013, in the Districts of Arizona, Kansas, and elsewhere, defendants CARLOS CESAR ARAMBURO, ESGARDO FRANCISCO ROBLES, MIGUEL ANGEL MARTINEZ-INFANTE, and others, known and unknown to the grand jury, each aiding and abetting the other, did knowingly and intentionally possess with the intent to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I

1  controlled substance.

2      All in violation of Title 21, United States Code, Sections 841(a)(1) and

3  841(b)(1)(B)(vii), and Title 18, United States Code, Section 2.

4                                 **COUNT 3**

5      From at least in or about January 2008, and continuing to on or about April 12, 2017,

6  in the District of Arizona and elsewhere, defendants CARLOS CESAR ARAMBURO,

7  ESGARDO FRANCISCO ROBLES, MIGUEL ANGEL MARTINEZ-INFANTE,

8  JOSEPH ALBERT MASSAMILLO, NORMA ALICIA GUTIERREZ, PURISIMA

9  CONCEPCION RODRIGUEZ-TRUJILLO, TANIA KARINA ROBLES, AND

10 MICHAEL GREGORY APRATI, and others known and unknown to the grand jury did

11 knowingly and intentionally combine, conspire, confederate and agree to knowingly

12 conduct and attempt to conduct financial transactions affecting interstate commerce, which

13 in fact involved the proceeds of specified unlawful activities, that is, the possession with

14 intent to distribute controlled substances and conspiracy to possess with intent to distribute

15 controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and

16 846, with the intent to promote the carrying on of said specified unlawful activities, and

17 knowing that the transactions were designed in whole or in part to conceal and disguise the

18 nature, location, source, ownership and control of the proceeds of said specified unlawful

19 activities, and while knowing that the property involved in the financial transactions

20 represented the proceeds of some form of unlawful activity, in violation of Title 18, United

21 States Code, Sections 1956(a)(1)(A)(i), and 1956(a)(1)(B)(i), and 1957.

22     All in violation of Title 18, United States Code, Section 1956(h).

23                                **COUNT 4**

24     On or about October 1, 2012, in the District of Arizona, defendants ESGARDO

25 FRANCISCO ROBLES, NORMA ALICIA GUTIERREZ, PURISIMA CONCEPCION

26 RODRIGUEZ-TRUJILLO, TANIA KARINA ROBLES, and others known and unknown

27 to the grand jury, each aiding and abetting the other, knowingly conducted and attempted

28

                                    - 3 -

to conduct financial transactions affecting interstate commerce, which in fact involved the proceeds of specified unlawful activities, that is, the possession with intent to distribute controlled substances and conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activities, and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in that defendants deposited $430,924.02 from the sale of the real property located in Arizona into Compass Bank Account number 2522664939.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 5

On or about October 1, 2012, in the District of Arizona, defendants ESGARDO FRANCISCO ROBLES, NORMA ALICIA GUTIERREZ, PURISIMA CONCEPCION RODRIGUEZ-TRUJILLO, TANIA KARINA ROBLES, and others known and unknown to the grand jury, each aiding and abetting the other, knowingly engaged in a monetary transaction in criminally derived property of a value greater than $10,000.00, and which was derived from specified unlawful activities, that is, the possession with intent to distribute controlled substances and conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846 in that defendants deposited $430,924.02 from the sale of the real property located in Arizona into Compass Bank Account number XXXXXX4939.

In violation of Title 18, United States Code, Section 1957(a) and Title 18, United States Code, Section 2.

**COUNT 6**

On or about October 10, 2012, in the District of Arizona, defendants ESGARDO FRANCISCO ROBLES, PURISIMA CONCEPCION RODRIGUEZ-TRUJILLO, TANIA KARINA ROBLES, and others known and unknown to the grand jury, each aiding and abetting the other, knowingly conducted and attempted to conduct financial transactions affecting interstate commerce, which in fact involved the proceeds of specified unlawful activities, that is, the possession with intent to distribute controlled substances and conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activities, and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in that defendants purchased a check for $100,078.71 with funds from Compass Bank Account number XXXXXX4939 and used it to purchase real property located at 6651 Campbell Ave., #150, Tucson, Arizona.

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and Title 18, United States Code, Section 2.

**COUNT 7**

On or about October 10, 2012, in the District of Arizona, defendants ESGARDO FRANCISCO ROBLES, PURISIMA CONCEPCION RODRIGUEZ-TRUJILLO, TANIA KARINA ROBLES, and others known and unknown to the grand jury, each aiding and abetting the other, knowingly engaged in a monetary transaction in criminally derived property of a value greater than $10,000.00, and which was derived from specified unlawful activities, that is, the possession with intent to distribute controlled substances and conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, in that defendants purchased a check for $100,078.71 with funds from Compass Bank Account number XXXXXX4939

and used it to purchase real property located at XXXX Campbell Ave., #150, Tucson, Arizona.

In violation of Title 18, United States Code, Section 1957(a) and Title 18, United States Code, Section 2.

## COUNT 8

On or about October 10, 2012, in the District of Arizona, defendants ESGARDO FRANCISCO ROBLES, PURISIMA CONCEPCION RODRIGUEZ-TRUJILLO, TANIA KARINA ROBLES, and others known and unknown to the grand jury, each aiding and abetting the other, knowingly conducted and attempted to conduct financial transactions affecting interstate commerce, which in fact involved the proceeds of specified unlawful activities, that is, the possession with intent to distribute controlled substances and conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activities, and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in that defendants purchased a check for $50,000.00 with funds from Compass Bank Account number XXXXXX4939 on October 10, 2012, which was deposited into JP Morgan Chase Account number XXXX7307 on October 11, 2012.

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 9

On or about October 10, 2012, in the District of Arizona, defendants ESGARDO FRANCISCO ROBLES, PURISIMA CONCEPCION RODRIGUEZ-TRUJILLO, TANIA KARINA ROBLES, and others known and unknown to the grand jury, each aiding and abetting the other, knowingly engaged in a monetary transaction in criminally derived property of a value greater than $10,000.00, and which was derived from specified

unlawful activities, that is, the possession with intent to distribute controlled substances and conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, in that defendants purchased a check for $50,000.00 with funds from Compass Bank Account number XXXXXX4939 on October 10, 2012, which was deposited into JP Morgan Chase Account number XXXX7307 on October 11, 2012.

In violation of Title 18, United States Code, Section 1957(a) and Title 18, United States Code, Section 2.

## COUNT 10

On or about October 12, 2012, in the District of Arizona, defendants ESGARDO FRANCISCO ROBLES, PURISIMA CONCEPCION RODRIGUEZ-TRUJILLO, TANIA KARINA ROBLES, and others known and unknown to the grand jury, each aiding and abetting the other, knowingly conducted and attempted to conduct financial transactions affecting interstate commerce, which in fact involved the proceeds of specified unlawful activities, that is, the possession with intent to distribute controlled substances and conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activities, and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in that defendants purchased a check for $130,000.00 with funds from Compass Bank Account number XXXXXX4939.

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 11

On or about October 12, 2012, in the District of Arizona, defendants ESGARDO FRANCISCO ROBLES, PURISIMA CONCEPCION RODRIGUEZ-TRUJILLO, TANIA

KARINA ROBLES, and others known and unknown to the grand jury, each aiding and abetting the other, knowingly engaged in a monetary transaction in criminally derived property of a value greater than $10,000.00, and which was derived from specified unlawful activities, that is, the possession with intent to distribute controlled substances and conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, in that defendants purchased a check for $130,000.00 with funds from Compass Bank Account number XXXXXX4939.

In violation of Title 18, United States Code, Sections 1957(a) and Title 18, United States Code, Section 2.

## COUNT 12

On or about October 15, 2012, in the District of Arizona, defendants ESGARDO FRANCISCO ROBLES, PURISIMA CONCEPCION RODRIGUEZ-TRUJILLO, TANIA KARINA ROBLES, and others known and unknown to the grand jury, each aiding and abetting the other, knowingly conducted and attempted to conduct financial transactions affecting interstate commerce, which in fact involved the proceeds of specified unlawful activities, that is, the possession with intent to distribute controlled substances and conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activities, and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in that defendants purchased a check for $30,000.00 with funds from Compass Bank Account number XXXXXX4939 on October 15, 2012, which was deposited into JP Morgan Chase Account number XXXX7307 on October 20, 2012.

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and Title 18, United States Code, Section 2.

**COUNT 13**

On or about October 10, 2012, in the District of Arizona, defendants ESGARDO FRANCISCO ROBLES, PURISIMA CONCEPCION RODRIGUEZ-TRUJILLO, TANIA KARINA ROBLES, and others known and unknown to the grand jury, each aiding and abetting the other, knowingly engaged in a monetary transaction in criminally derived property of a value greater than $10,000.00, and which was derived from specified unlawful activities, that is, the possession with intent to distribute controlled substances and conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, in that defendants purchased a check for $30,000.00 with funds from Compass Bank Account number XXXXXX4939 on October 15, 2012, which was deposited into JP Morgan Chase Account number XXXX7307 on October 20, 2012.

In violation of Title 18, United States Code, Section 1957(a) and Title 18, United States Code, Section 2.

**COUNT 14**

On or about February 12, 2014, in the District of Arizona and elsewhere, defendants CARLOS CESAR ARAMBURO, ESGARDO FRANCISCO ROBLES, MIGUEL ANGEL MARTINEZ-INFANTE, and others known and unknown to the grand jury, each aiding and abetting the other, knowingly conducted and attempted to conduct financial transactions which affected interstate commerce, which in fact involved the proceeds from the unlawful activities, that is the possession with intent to distribute controlled substances and conspiracy to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) and 846, with the intent to promote the carrying on of said specified unlawful activities and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in that defendants caused approximately $576,455.00 to be shipped from Ohio, and elsewhere, to Arizona.

In violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and Title 18, United States Code, Section 2.

### COUNT 15

On or about February 12, 2014, in the District of Arizona and elsewhere, defendants CARLOS CESAR ARAMBURO, ESGARDO FRANCISCO ROBLES, MIGUEL ANGEL MARTINEZ-INFANTE, and others known and unknown to the grand jury, each aiding and abetting the other, knowingly conducted and attempted to conduct financial transactions affecting interstate commerce, which in fact involved the proceeds of specified unlawful activities, that is, the possession with intent to distribute controlled substances and conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activities, and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in that defendants caused and attempted to cause approximately $576,455.00 to be shipped from Ohio, and elsewhere, to Arizona.

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and Title 18, United States Code, Section 2.

### COUNT 16

On or about January 22, 2015, in the District of Arizona and elsewhere, defendants CARLOS CESAR ARAMBURO, ESGARDO FRANCISCO ROBLES, MICHAEL APRATI, and others known and unknown to the grand jury, each aiding and abetting the other, knowingly conducted and attempted to conduct financial transactions affecting interstate commerce, which in fact involved the proceeds of specified unlawful activities, that is, the possession with intent to distribute controlled substances and conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, knowing that the transactions were designed in whole

or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activities, and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in that defendants transferred title to the business previously known as Jackrabbit, including its liquor license from MGA, LLC to RB Club Holdings, LLC in order to hide its true ownership.

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 17

From on or about August 18, 2011, and continuing up to and including July 23, 2015, in the District of Arizona and elsewhere, defendants CARLOS CESAR ARAMBURO, ESGARDO FRANCISCO ROBLES, MICHAEL APRATI, and others known and unknown to the grand jury, each aiding and abetting the other, knowingly conducted and attempted to conduct financial transactions affecting interstate commerce, which in fact involved the proceeds of specified unlawful activities, that is, the possession with intent to distribute controlled substances and conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activities, and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in that defendants operated the business known as Pink Rhino under the business name of Diesel 01, LLC  in order to hide its true ownership.

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and Title 18, United States Code, Section 2.

- 11 -

## COUNT 18

On or about May 13, 2016, in the District of Arizona and elsewhere, defendants ESGARDO FRANCISCO ROBLES,  and others known and unknown to the grand jury, each aiding and abetting the other, knowingly conducted and attempted to conduct financial transactions affecting interstate commerce, which in fact involved the proceeds of specified unlawful activities, that is, the possession with intent to distribute controlled substances and conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activities, and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in that defendants transferred title to the real property commonly known as 550 W. 23rd Avenue, Tucson, Arizona 85713 from G.M. to B.C. in order to hide its true ownership.

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 19

From or about October 26, 2016, through on or about November 3, 2016, in the District of Arizona, defendants ESGARDO FRANCISCO ROBLES, TANIA KARINA ROBLES, and others known and unknown to the grand jury, each aiding and abetting the other, knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structured, assisted in structuring and attempted to structure in excess of $10,000 cash withdrawals from an account at a domestic financial institution, Wells Fargo Bank, in that defendants structured 3 cash withdrawals in the amounts of $5,000.00, $7,500.00 and $7,500.00, and defendants structured the issuance and cashing of two checks in the amount of $9,000.00, and $6,000.00 issued from TANIA KARINA ROBLES to ESGARDO

1  FRANCISCO ROBLES on November 3, 2016 and cashed on separate days.

2      In violation of Title 31, United States Code, Sections 5322(a), 5324(a)(3) and
3  5324(d)(2), Title 31, Code of Federal Regulations, Section 103.11, and Title 18, United
4  States Code, Section 2.

5              **FORFEITURE ALLEGATIONS**

6      The Grand Jury realleges and incorporates the allegations of Counts 1-19 of this
7  Indictment, which are incorporated by reference as though fully set forth herein.

8      Pursuant to Title 18, United States Code, Sections 924(d), 981 and 982, Title 21,
9  United States Code, Sections 853 and 881, Title 26, United States Code, Section 2461 (c)
10  and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of
11  the offenses alleged in Counts 1-19 of the Indictment, the defendants shall forfeit to the
12  United States of America all right, title, and interest in (a) any property constituting, or
13  derived from, any proceeds the persons obtained, directly or indirectly, as the result of the
14  offense, and (b) any of the defendants' property used, or intended to be used, in any manner
15  or part, to commit, or to facilitate the commission of, such offense as to which property the
16  defendants are jointly and severally liable, including, but not limited to the following
17  property involved and used in the offense:

18      a. Real property commonly known as 18944 West Elm Street Litchfield Park,
19         Arizona 85340, titled in the name of SYLVIA LEATHERMAN, more
20         specifically described as Lot 36, CAMELBACK GARDEN FARMS, according
21         to Book 592 of Maps, Page 39, records of Maricopa County, Arizona. APN: 502-
22         29-078;

23      b. Real property commonly known as 550 W. 23rd Avenue, Tucson, Arizona
24         85713, titled in the name of BRENT J. CORNELIUS, more specifically
25         described as LOT NUMBER: 12,13&16; SUBDIVISION: OSBORNS
26         ADDITION; BLOCK: 1, records of Pima County, Arizona  APN: 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;

- 13 -

c. Real property commonly known as 8600 South 52nd Drive, Laveen, Arizona 85339, titled in the name of CARLOS ARAMBURO, more specifically described as LOT NUMBER: 75; SUBDIVISION: IRONWOOD EAST; UNIT: 2; records of Maricopa County, Arizona. APN: 300-02-759;

d. Real property commonly known as 6651 N. Campbell Ave #150, Tucson, Arizona 85718, titled in the name of ANNA SOLIS, more specifically described as SUBDIVISION: SKYLINE VILLAGE CONDOMINIUM; UNIT: 90; MAP: MAP 61 PG14; records of Pima County, Arizona.  APN: 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;

e. State of Arizona Alcoholic Beverage License, license no. 06070471; and,

f. A sum of money equal to at least $1,000,000.00 in United States currency, representing the amount of money involved in the offense(s).  If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

//

//

//

- 14 -

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
_____
FOREPERSON OF THE GRAND JURY
Date:  April 12, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

S/
_____
KAREN S. MCDONALD
BRIAN G. LARSON
Assistant U.S. Attorneys

- 15 -